## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLOOMBERG L.P.**, <br> 731 Lexington Avenue <br> New York, NY 10022 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY,** <br> 2707 Martin Luther King Jr. Avenue SE <br> Washington, DC 20528 <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff BLOOMBERG L.P. brings this suit to compel Defendant U.S. DEPARTMENT OF HOMELAND SECURITY to produce records regarding certain employment-based visa petitions, approvals, and violations.

## PARTIES

2. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing context that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events.  BLOOMBERG L.P. is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF HOMELAND SECURITY is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 14, 2024 FOIA REQUEST TO DHS

6. On February 14, 2024, Plaintiff submitted a FOIA request to DHS for the following records:

> All complaints received via the USCIS Tip Form (https://www.uscis.gov/report-fraud/uscis-tip-form) from 2020 to the day this request is processed. For each complaint, I request the following information corresponding to fields on the USCIS Tip Form:
> 1. Date of the report.
> 2. Location of the reporter (inside/outside of the US).
> 3. Type of suspected fraud or abuse (immigration program type).
> 4. Suspected Violator Information (company/individual).
> 5. Name and location of suspected individual or business.
> 6. Summary of suspected fraud or abuse.
> 7. A description of when and how the report was resolved.

7. A true and correct copy of the request, along with subsequent correspondence, is attached as Exhibit 1.

8. On February 15, 2024, DHS acknowledged receipt of the FOIA request and assigned reference number COW2024001428 to the matter. *Id*.

9. On May 8, 2024, Plaintiff viewed the DHS USCIS FOIA portal, which indicated that the estimated date of completion for the request was March 26, 2024. *Id*.

10. As of the date of this filing, DHS has not issued a determination on Plaintiff's request.

11. As of the date of this filing, DHS has failed to make any responsive records available to Plaintiff.

## MARCH 6, 2024 FOIA REQUEST TO DHS

12. On March 6, 2024, Plaintiff submitted a FOIA request to DHS for the following records:

> A copy of employer-level statistics on L1 (including L-1A and L-1B) visa petitions and approvals in FY2018 and FY 2020-2024. If any item listed below is not yet unavailable/complete for FY2024, please provide partial statistics. For each employer, I request the following information:
> 1. Employer name, industry, last four digits of employer tax number;
> 2. Number of initial L-1A visa petitions submitted.
> 3. Number of initial L-1B visa petitions submitted.
> 4. Number of continuing L-1A visa petitions submitted.
> 5. Number of continuing L-1B visa petitions submitted.
> 6. Number of initial L-1A visa petitions approved.
> 7. Number of initial L-1B visa petitions approved.
> 8. Number of continuing L-1A visa petitions approved.
> 9. Number of continuing L-1B visa petitions approved.

13. A true and correct copy of the request, along with subsequent correspondence, is attached as Exhibit 2.

14. On March 6, 2024, DHS acknowledged receipt of the FOIA request and assigned reference number COW2024001998 to the matter. *Id*.

15. On May 8, 2024, Plaintiff viewed the DHS USCIS FOIA portal, which indicated that the estimated date of completion for the request was April 15, 2024. *Id*.

16. As of the date of this filing, DHS has not issued a determination on Plaintiff's request.

17. As of the date of this filing, DHS has failed to make any responsive records available to Plaintiff.

## MARCH 15, 2024 FOIA REQUEST TO DHS

18. On March 15, 2024, Plaintiff submitted a FOIA request to DHS for the following records:

> A copy of records on Blanket L petitions received by USCIS from FY 2014 to FY 2024. For each petition, I request all non-exempt information maintained in USCIS' database, including but not limited to the following:
> 1. The US employer name.
> 2. Number of employees at the U.S. employer.
> 3. Date of Blanket L petition.
> 4. The USCIS decision, such as approval or rejection.
> 5. Date of USCIS decision.

19. A true and correct copy of the request, along with subsequent correspondence, is attached as Exhibit 3.

20. On March 18, 2024, DHS acknowledged receipt of the FOIA request and assigned reference number COW2024002314 to the matter. *Id*.

21. On May 8, 2024, Plaintiff viewed the DHS USCIS FOIA portal, which indicated that the estimated date of completion for the request was April 24, 2024. *Id*.

22. As of the date of this filing, DHS has not issued a determination on Plaintiff's request.

23. As of the date of this filing, DHS has failed to make any responsive records available to Plaintiff.

**MARCH 18, 2024 FOIA REQUEST TO DHS**

24. On March 18, 2024, Plaintiff submitted a FOIA request to DHS for the following records:

> A copy of employer-level statistics on L1 (including L-1A and L-1B) visa petitions in FY 2014-2017 and FY 2019. For each employer, I request the following information:
> 1. Employer name, industry, last four digits of employer tax number;
> 2. Number of initial L-1A visa petitions submitted.
> 3. Number of initial L-1B visa petitions submitted.
> 4. Number of continuing L-1A visa petitions submitted.
> 5. Number of continuing L-1B visa petitions submitted.

25. A true and correct copy of the request, along with subsequent correspondence, is attached as Exhibit 4.

26. On March 18, 2024, DHS acknowledged receipt of the FOIA request and assigned reference number COW2024002360 to the matter. *Id*.

27. On May 8, 2024, Plaintiff viewed the DHS USCIS FOIA portal, which indicated that the estimated date of completion for the request was April 25, 2024. *Id*.

28. As of the date of this filing, DHS has not issued a determination on Plaintiff's request.

29. As of the date of this filing, DHS has failed to make any responsive records available to Plaintiff.

**MARCH 18, 2024 FOIA REQUEST TO DHS**

30. On March 18, 2024, Plaintiff submitted a FOIA request to DHS for the following records:

> A copy of all Fraud Detection and National Security Directorate reports created in association with H1B and L1 employer site visits from 2014 to 2024. For each FDNS report, I request a release of all non-exempt information maintained by USCIS, including but not limited to the following:
> 1. Date of site visit.
> 2. Address of the site.
> 3. Name of the employer.
> 4. Whether the site visit was part of an Administrative Site Visit Program or Targeted Site Visit Program.
> 5. Whether the site visit found noncompliance or indications of fraud. If yes, please provide the nature of noncompliance found, including information on which visa programs and how many visa petitions were involved.
> 6. Any USCIS action against the employer for their noncompliance.

31. A true and correct copy of the request, along with subsequent correspondence, is attached as Exhibit 5.

32. On March 19, 2024, DHS acknowledged receipt of the FOIA request and assigned reference number COW2024002375 to the matter. *Id*.

33. On May 8, 2024, Plaintiff viewed the DHS USCIS FOIA portal, which indicated that the estimated date of completion for the request was April 25, 2024. *Id*.

34. As of the date of this filing, DHS has not issued a determination on Plaintiff's request.

35. As of the date of this filing, DHS has failed to make any responsive records available to Plaintiff.

### COUNT I – DHS'S FOIA VIOLATION
### FEBRUARY 14, 2024 FOIA REQUEST

36. The above paragraphs are incorporated by reference.

37. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

38. Defendant DHS is a federal agency subject to FOIA.

39. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

40. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

41. Defendant DHS has failed to issue a determination within the statutory deadline.

42. Defendant DHS has failed to produce all non-exempt records responsive to the request.

### COUNT II – DHS'S FOIA VIOLATION
### MARCH 6, 2024 FOIA REQUEST

43. The above paragraphs are incorporated by reference.

44. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

45. Defendant DHS is a federal agency subject to FOIA.

46. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

47. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

48. Defendant DHS has failed to issue a determination within the statutory deadline.

49. Defendant DHS has failed to produce all non-exempt records responsive to the request.

**COUNT III – DHS'S FOIA VIOLATION**
**MARCH 15, 2024 FOIA REQUEST**

50. The above paragraphs are incorporated by reference.

51. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

52. Defendant DHS is a federal agency subject to FOIA.

53. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

54. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

55. Defendant DHS has failed to issue a determination within the statutory deadline.

56. Defendant DHS has failed to produce all non-exempt records responsive to the request.

**COUNT IV – DHS'S FOIA VIOLATION**
**MARCH 18, 2024 FOIA REQUEST**

57. The above paragraphs are incorporated by reference.

58. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

59. Defendant DHS is a federal agency subject to FOIA.

60. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

61. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

62. Defendant DHS has failed to issue a determination within the statutory deadline.

63. Defendant DHS has failed to produce all non-exempt records responsive to the request.

## COUNT V – DHS'S FOIA VIOLATION
## MARCH 18, 2024 FOIA REQUEST

64. The above paragraphs are incorporated by reference.

65. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

66. Defendant DHS is a federal agency subject to FOIA.

67. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

68. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

69. Defendant DHS has failed to issue a determination within the statutory deadline.

70. Defendant DHS has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv.     award Plaintiff attorneys' fees and costs; and

v.     award such other relief the Court considers appropriate.

Dated: May 20, 2024

                RESPECTFULLY SUBMITTED,

                */s/ Matthew V. Topic*

                Attorneys for Plaintiff
                BLOOMBERG L.P.

                Matthew Topic, D.C. Bar No. IL0037
                Stephen Stich Match, D.C. Bar No. MA0044
                Merrick Wayne, D.C. Bar No. IL0058
                LOEVY & LOEVY
                311 North Aberdeen, 3rd Floor
                Chicago, IL 60607
                312-243-5900
                foia@loevy.com